IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SALES COMPANY, INC., : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 06 192 - |
| v. : | |
| : | |
| ABBOTT LABORATORIES; FOURNIER : | |
| INDUSTRIE ET SANTÉ; and : | |
| LABORATORIES FOURNIER S.A., : | |
| : | |
| Defendants. : | |

**MOTION TO FILE COMPLAINT UNDER SEAL**

Plaintiff American Sales Company, Inc. hereby moves for an Order permitting plaintiff to file its Complaint and Demand for Jury Trial in the above-captioned action under seal. This motion is necessary because the Complaint contains confidential information. Counsel for plaintiff will file a redacted version of the complaint within five business days in accordance with CM/ECF Administrative Procedure (G)(1).

WHEREFORE, plaintiff respectfully requests entry of the attached Order permitting it to file its Complaint under seal.

PRICKETT, JONES & ELLIOTT, P.A.

OF COUNSEL:
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Kenny Nachwalter P.A.
1100 Miami Center, 201 S. Biscayne Blvd.
Miami, FL 33131-4327
Telephone: (305) 373-1000

By: _____
Elizabeth M. McGeever (#2057)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
TEL: (302) 888-6500
*Attorneys for Plaintiff*

Dated: March 23, 2006

9999.9999\300288v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN SALES COMPANY, INC.,    : <br>                                                         : <br>       Plaintiff,                       : <br>                                                         : <br> v.                                                          : <br>                                                          : <br> ABBOTT LABORATORIES; FOURNIER   : <br> INDUSTRIE ET SANTÉ; and        : <br> LABORATORIES FOURNIER S.A.,     : <br>                                                          : <br>       Defendants.                : | C.A. No. |

### ORDER PERMITTING COMPLAINT TO BE FILED UNDER SEAL

Upon plaintiff's Motion to File Complaint Under Seal and for good cause shown, IT IS HEREBY ORDERED that:

      Plaintiff's motion is Granted.

      Plaintiff is hereby permitted to file its Complaint under seal.

Dated: _____, 2006

                                                                 _____
                                                                 U.S.D.J.