**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6521
Writer's Telecopy Number::
(302)888-6554
Writer's E-Mail Address:
EMMcgeever@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

March 30, 2006

<u>VIA EFILE</u>

Dr. Peter T. Dalleo,
Clerk of the Court
U.S. District Court
844 King Street
Wilmington, DE 19801

Re: <u>American Sales Inc. v. Abbott Labs., et al., C.A. No. 06-192</u>

Dear Dr. Dalleo:

The above case was filed on March 23, 2006. It is related to the existing Tricor Antitrust Litigation. Accordingly, pursuant to Pretrial Order No. 1 Regarding Consolidation of Direct Purchaser Class Actions and Coordination of Direct Purchaser Class Actions With Direct Purchaser Individual Actions and Indirect Purchaser Actions in C.A. Nos. 05-cv-340, 358, 351 and 404 (KAJ), please coordinate the above action with C.A. No. 05-cv-340 (KAJ).

Very truly yours,

Elizabeth M. McGeever
(DE Bar ID#2057)

EMM/smc

cc:   Counsel on Attached Service List (via email)

19942.1\300874v1

## SERVICE LIST

| | |
|---|---|
| Asim Bhansali, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 |
| Bruce Gerstein, Esquire<br>Barry S. Taus, Esquire<br>Adam Steinfeld, Esquire<br>Garwin Gerstein & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036 | David P. Germaine, Esquire<br>Joseph M. Vanek, Esquire<br>Daar & Vanek, P.C.<br>225 West Washington, 18th Floor<br>Chicago, IL 60606 |
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899 | Steven C. Sunshine, Esquire<br>Maria M. DiMoscato, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, N.W., Suite 1100<br>Washington, D.C. 20004 |
| Matthew P. Hendrickson, Esquire<br>Bradley J. Demuth, Esquire<br>Cadwalader Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Timothy C. Bickham, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036 |
| Daniel Berger, Esquire<br>Neill W. Clark, Esquire<br>Eric L. Cramer, Esquire<br>Peter Kohn, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Linda P. Nussbaum, Esquire<br>Steig D. Olson, Esquire<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>150 East 52nd Street, Thirtieth Floor<br>New York, NY 10022 |
| Mary B. Matterer, Esquire<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | Jeffrey S. Goddess, Esquire<br>Rosenthal Monhait Gross & Goddess<br>P.O. Box 1070<br>Wilmington, DE 19899 |
| Josy W. Ingersoll, Esquire<br>Karen E. Keller, Esquire<br>Young, Conaway, Stargatt &Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Kenneth A. Cohen, Esquire<br>Elaine Herrman Blais, Esquire<br>Christopher T. Holding, Esquire<br>Goodwin Proctor LLP<br>Exchange Place, 53 State Street<br>Boston, MA 02109 |
| Bruce M. Gagala, Esquire<br>Leydig Voit & Mayer Ltd.<br>Two Prudential Plaza, Suite 4900<br>180 N. Stetson Avenue<br>Chicago, IL 60601 | Pamela S. Tikellis, Esquire<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>Wilmington, DE 19801 |

| | |
|---|---|
| Patrick E. Cafferty, Esquire<br>Bryan L. Clobes, Esquire<br>Michael S. Tarringer, Esquire<br>Timothy M. Fraser, Esquire<br>Miller Faucher & Cafferty, LLP<br>One Logan Square, Suite 1700<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | William Christopher Carmody, Esquire<br>John W. Turner, Esquire<br>Shawn J. Rabin, Esquire<br>Justin Nelson, Esquire<br>Cindy Tijerina, Esquire<br>Susman Godfrey LLP<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775 |
| Michael I. Silverman, Esquire<br>Silverman & McDonald<br>1010 N. Bancroft Parkway, Suite 22<br>Wilmington, DE 19805 | Patrick Francis Morris, Esquire<br>Morris & Morris LLC<br>4001 Kennett Pike, Suite 300<br>Wilmington, DE 19807 |
| William F. Cavanaugh, Jr., Esquire<br>Chad J. Peterman, Esquire<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 | Thomas M. Sobol, Esquire<br>David Nalven, Esquire<br>Gregory H. Matthews, Esquire<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142 |
| John C. Vetter, Esquire<br>Kenyon & Kenyon<br>333 West Can Carlos Street<br>Suite 600<br>San Jose, CA 95110 | Bernard Persky, Esquire<br>Christopher J. McDonald, Esquire<br>Kellie Safar, Esquire<br>Labaton Sucharow & Rudoff, LLP<br>100 Park Avenue<br>New York, NY 10017 |
| Jeffrey L. Kodroff, Esquire<br>Theodore M. Lieverman, Esquire<br>Pat Howard, Esquire<br>Spector Roseman & Kodroff, PC<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 | Jonathan L. Parshall, Esquire<br>Murphy Spadaro & Landon<br>824 N. Market Street, Suite 700<br>Wilmington, DE 19801 |
| Kendall S. Zylstra, Esquire<br>Lyle Stamps, Esquire<br>Schiffrin & Barroway LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Mark Sandman, Esquire<br>Jeffrey Swann, Esquire<br>Rawlings & Assoc.<br>1700 Watterson Trail<br>Louisville, KY 40299 |
| Scott E. Perwin ,Esquire<br>Kenny Nachwalter, PA<br>1100 Miami Center, 201 S. Biscayne Blvd.<br>Miami, FL 33131 | Joseph T. Lukens, Esquire<br>Hangley Aronchick Segal & Pudlin PC<br>One Logan Square, 18th & Cherry Streets, 27th Fl.<br>Philadelphia, PA 19103-6933 |
| Elizabeth M. McGeever, Esquire<br>Prickett Jones & Elliott PA<br>1310 King Street<br>Wilmington, DE 19801 | |

19638.1\285791v1